# EXHIBIT A

**BRAY, MILLER & BRAY, L.L.C.**
Attorneys at Law
Ivy Corporate Park
100 Misty Lane
Parsippany, New Jersey 07054-2710
Telephone No. (973) 739-9600
Telecopier No. (973) 739-9696
E-Mail: counsel@bcmnjlaw.com
Attorneys for Plaintiff(s)

| | |
|---|---|
| **RICAHRD GREENBERG**<br><br>                              Plaintiff,<br><br>vs.<br><br>**PRO SHARES TRUST and PRO FUND ADVISORS, L.L.C.,**<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br><br>DOCKET NO. L-1101-09<br><br>CIVIL ACTION<br><br>*Summons* |

From the State of New Jersey
To the Defendant(s) Named Above:          **PRO FUND ADVISORS, L.L.C.**

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the Court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: May 4, 2009

_____
*Superior Court Clerk*

Name of Defendant to Be Served:     Pro Fund Advisors, L.L.C.
Address of Defendant to Be Served:  c/o Louis Mayberg, Registered Agent
                                    7501 Wisconsin Avenue, Suite 1000
                                    Bethesda, Maryland 20814-6527

MORRIS COUNTY
SUPERIOR COURT
COURT STREET
MORRISTOWN          NJ 07960

COURT TELEPHONE NO. (973) 656-4161
COURT HOURS

TRACK ASSIGNMENT NOTICE

DATE:   APRIL 30, 2009
RE:     ORLENSTEIN VS PWC CHARGE TRUST
DOCKET: MRS L-001103-09

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON W H. DUMONT

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT: (973) 656-4103.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF DUE CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
   PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

                    ATTENTION:
                                   ATT: PETER S. BRAY
                                   BRAY MILLER & BRAY
                                   100 MISTY LANE
                                   PARSIPPANY        NJ 07054-2741

JDJKO

MORRIS COUNTY
SUPERIOR COURT
COURT STREET
MORRISTOWN          NJ 07960

                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 656-4103
COURT HOURS

                    DATE:   APRIL 06, 2009
                    RE:     GREENBERG VS PRO SHARES TRUST
                    DOCKET: MRS L -001101 09

   THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

   DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS:  HON W H. DUMONT

   IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT  (973) 656-4103.

   IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
   PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.
                    ATTENTION:
                              ATT: PETER R. BRAY
                              BRAY MILLER & BRAY
                              100 MISTY LANE
                              PARSIPPANY        NJ 07054-2741

JUJKEL



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division - Civil Part pleadings (not motions) under Rule 4:5-1.
**Pleading will be rejected, under Rule 1:5-6(c),**
if information above the black bar is not completed or if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**

| Field | Value |
|---|---|
| PAYMENT TYPE: | CK  CG  CA |
| CHG / CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| Field | Value |
|---|---|
| ATTORNEY/PRO SE NAME | PETER R. BRAY, ESQ. |
| TELEPHONE NUMBER | 973-739-9600 |
| COUNTY OF VENUE | MORRIS COUNTY |
| FIRM NAME (If Applicable) | BRAY, MILLER & BRAY, L.L.C. |
| DOCKET NUMBER (When Available) | L-1101-09 |
| OFFICE ADDRESS | 100 Misty Lane – Ivy Corporate Park, Parsippany, NJ 07054 |
| DOCUMENT TYPE | Complaint |
| JURY DEMAND | Yes ☒  No ☐ |
| NAME OF PARTY | Richard Greenberg, Plaintiff |
| CAPTION | Richard Greenberg v. Pro Shares Trust and Pro Shares Advisors, L.L.C. |

CASE TYPE NUMBER (See reverse side for listing): **699**

IS THIS A PROFESSIONAL MALPRACTICE CASE?  Yes ☐  No ☒

IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING?  Yes ☐  No ☒
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  Yes ☐  No ☒

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN
☐ NONE
☐ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A. DO PARTIES HAVE A CURRENT PAST OR RECURRENT RELATIONSHIP?  Yes ☐  No ☒
IF YES, IS THAT RELATIONSHIP:  ☐ EMPLOYER-EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain) _____
☐ FAMILIAL  ☐ BUSINESS

B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  Yes ☐  No ☒

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT ON ACCELERATED DISPOSITION.

RECEIVED AND FILED SUPERIOR COURT 2009 APR -3 AM 9: 1? CIVIL DIVISION

DO YOU OR YOUR CLIENT NEED ANY DISABILITIES ACCOMMODATIONS?  Yes ☐  No ☒
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION:

WILL AN INTERPRETER BE NEEDED?  Yes ☐  No ☒
IF YES, FOR WHAT LANGUAGE::

ATTORNEY SIGNATURE: *[signature]*

Revised effective 09/2007, CN10517-English

SIDE 2

# CIVIL CASE INFORMATION STATEMENT

## (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1.

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
- 151   NAME CHANGE
- 175   FORFEITURE
- 302   TENANCY
- 399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502   BOOK ACCOUNT (debt collection matters only)
- 505   OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506   PIP COVERAGE
- 510   UM or UIM CLAIM
- 511   ACTION ON NEGOTIABLE INSTRUMENT
- 512   LEMON LAW
- 801   SUMMARY ACTION
- 802   OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999   OTHER (Briefly describe nature of action)

**Track II — 300 days' discovery**
- 305   CONSTRUCTION
- 509   EMPLOYMENT (other than CEPA or LAD)
- 599   CONTRACT/COMMERCIAL TRANSACTION
- 603   AUTO NEGLIGENCE - PERSONAL INJURY
- 605   PERSONAL INJURY
- 610   AUTO NEGLIGENCE - PROPERTY DAMAGE
- 699   TORT - OTHER

**Track III — 450 days' discovery**
- 005   CIVIL RIGHTS
- 301   CONDEMNATION
- 602   ASSAULT AND BATTERY
- 604   MEDICAL MALPRACTICE
- 606   PRODUCT LIABILITY
- 607   PROFESSIONAL MALPRACTICE
- 608   TOXIC TORT
- 609   DEFAMATION
- 616   WHISTLEBLOWER/CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617   INVERSE CONDEMNATION
- 618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV — Active Case Management by Individual Judge/450 days' discovery**
- 156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303   MT. LAUREL
- 508   COMPLEX COMMERCIAL
- 513   COMPLEX CONSTRUCTION
- 514   INSURANCE FRAUD
- 701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Mass Tort (Track IV)**
- 241   TOBACCO
- 248   CIBA GEIGY
- 264   PPA
- 266   HORMONE REPLACEMNET THERAPY (HRT)
- 271   ACCUTANE
- 272   BEXTRA/CELEBREX
- 274   RISPERDAL/SEROQUEL/ZYPREXA
- 275   ORTHO EVRA
- 276   DEPO-PROVERA
- 601   ASBESTOS
- 619   VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category:

☐ Verbal Threshold      ☐ Putative Class Action      ☐ Title 59

Revised Effective 09/2007 CN10517-English

BRAY, MILLER & BRAY, L.L.C.
Attorneys At Law
Ivy Corporate Park
100 Misty Lane
Parsippany, New Jersey 07054-2710
Telephone No.: 973-739-9600
Facsimile No.: 973-739-9696
Attorneys for Plaintiff

| | |
|---|---|
| RICHARD GREENBERG,<br><br>Plaintiff,<br><br>v.<br><br>PRO SHARES TRUST and PRO SHARES ADVISORS, L.L.C.,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br>DOCKET NO.: L-1101-09<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, by way of Complaint against the Defendants says:

### FIRST COUNT

### IDENTIFICATION OF PARTIES

1. Plaintiff, Richard Greenberg ("Greenberg") resides at 6199 North West 21st Terrace, Boca Raton, Florida 33469.

2. Greenberg is an individual who invests from time to time in publicly-traded securities.

3. Defendant, Pro Shares Trust ("Pro Shares") is a Delaware business trust with principal offices at 7501 Wisconsin Avenue, Bethesda, Maryland 20814.

4. Pro Shares is a registered investment company with several exchange-traded funds that are listed on the American Stock Exchange ("The Funds").

5. Pro Shares is affiliated with Defendant, Pro Shares Advisors, L.L.C. ("Advisors"), who serves as an investment advisor to each of The Funds and maintains offices with Pro Shares.

## BASIS FOR VENUE

6. The misrepresentations and wrongful acts that are the subject of this action occurred at 100 Misty Lane, Parsippany, New Jersey. Hence, venue of this action is in Morris County.

## BACKGROUND

7. Pro Shares, through The Funds, establishes investment securities.

8. Pro Shares and Advisors have generally represented The Funds to be investments whose values correlate to the performance of an established benchmark or index. Specifically:

(a) Some of The Funds are established so that so called "long purchases" fluctuate in accordance with the price performance in a designated index or benchmark.

(b) Some of The Funds are established so that so called "short purchases" fluctuate inverse to the price performance in a designated index or benchmark.

(c) Some of The Funds are established so that they fluctuate based upon a designated multiple of the price performance of an index or benchmark.

9. Pro Shares has designated, and named, investments that will have price return characteristics double (200%) of the underlying index as: "Ultra Pro Shares."

10. Pro Shares has designated, and named, investments that will have price return characteristics equal to, or equal to a multiple of, the inverse of the underlying index as: "Short Pro Shares" and "Ultra Short Pro Shares," respectively.

11. On or about August 1, 2008, Michael P. Warren ("Warren"), a Regional Vice President of Advisors, made a sales visit and presentation at Greenberg's offices at 100 Misty Lane, Parsippany, New Jersey.

2

12. In addition to Greenberg and Warren, Greenberg's registered investment advisor and another registered investment advisor were present.

## CAUSE OF ACTION

13. At the aforesaid meeting and presentation, Warren provided assurances and made material representations about the performance of Pro Shares, with a particular emphasis upon the performance of the Ultra Pro Shares and Ultra Short Pro Shares.

14. In response to inquiries, Warren expressly represented that the Ultra Pro Shares price performance for indices, including international indices, would fluctuate at a price of 200% of the inverse of the designated index and the Ultra Pro Shares would fluctuate at a price of 200% of the designated index.

15. Warren knew, or should have reasonably known, that the aforesaid representations were false and misleading.

16. The aforesaid representations were made with the intent that Greenberg rely upon same and make investment purchases in The Funds offered by Pro Shares.

17. Warren also represented that his firm actually provided the investment advice and counsel to Pro Shares and that he was well-qualified to provide accurate information on the performance of The Funds.

18. In reasonable reliance upon the aforesaid representations and assurances, Greenberg made substantial investments in, and purchases of, Ultra Short Pro Shares and Ultra Pro Shares.

19. The Pro Shares' securities purchased as aforesaid did not perform, and have not performed as represented. Specifically, these securities have not had a price performance equal

3

to either two (2) times equal to the inverse of, or two (2) times the price performance designated indices.

20. Greenberg was induced to invest, and purchase, the aforesaid securities, based upon untrue statements of material facts and omissions that, if made, would have made the statements actually made not be misleading.

21. Greenberg was also induced to make these purchases and investments based upon the aforesaid, which constituted a scheme or artifice to defraud.

22. Greenberg was also induced to purchase based upon the aforesaid conduct, which involved deceit.

23. Greenberg was unaware, at the time of the said misconduct and at the time of the purchases and investments, that the aforesaid statements and conduct were untruthful, misleading, fraudulent and deceptive.

24. Upon information and belief, Warren knew, or reasonably had to know, that his statements and conduct were untruthful, misleading, fraudulent and deceptive.

25. Warren acted as aforesaid, as a representative and agent of Advisors and Pro Shares; and, Warren was otherwise authorized to act and speak for, and to bind, Advisors and Pro Shares.

26. The aforesaid conduct violated N.J.S.A. 49:3-71.

27. Greenberg has been damaged as a direct and proximate result of the foregoing.

28. Pro Shares and Advisors are jointly and severally liable to Greenberg in accordance with the provisions of N.J.S.A. 49:3-71.

**WHEREFORE,** Greenberg demands judgment against Pro Shares and Advisors jointly, severally, or in the alternative, for the following relief:

4

(a) Compensatory Damages.

(b) Interest.

(c) Counsel Fees.

(d) Costs of Suit.

(e) Such other relief as is just and equitable.

## SECOND COUNT

1. Greenberg repeats and incorporates herein by reference the allegations of the First Count as if same were set forth herein at length.

2. Greenberg reserves the right to tender the securities back to Pro Shares in exchange for repayment of the consideration paid.

**WHEREFORE,** Greenberg demands judgment against Pro Shares and Advisors jointly, severally, or in the alternative, for the following relief:

(a) The remedies provided in N.J.S.A. 49:3-71 when a tender has been made.

(b) Counsel Fees.

(c) Costs of Suit.

(d) Such other relief as is just and equitable.

## THIRD COUNT

1. Greenberg repeats and incorporates herein by reference the allegations of the First and Second Counts as if same were set forth herein at length.

2. The aforesaid actions and conduct constitute a common law fraud. Specifically:

    (a) Misrepresentations of material facts were made as aforesaid.

    (b) Pro Shares and Advisors knew, or should have known, the said representations by their authorized agent (Warren) were false and misleading.

5

  (c) The aforesaid misrepresentations were made to induce Greenberg to purchase and invest in Pro Shares, Ultra Pro Shares, Short Pro Shares and Ultra Short Pro Shares.

  (d) Pro Shares and Advisors intended that Greenberg rely upon the aforesaid.

  (e) Greenberg did reasonably rely upon the aforesaid to his detriment.

3. Greenberg has been damaged as a direct and proximate result of the aforesaid intentionally wrongful conduct.

**WHEREFORE,** Greenberg demands judgment against Pro Shares and Advisors jointly, severally, or in the alternative, for the following relief:

 (a) Compensatory Damages.

 (b) Punitive Damages.

 (c) Interest

 (d) Counsel Fees.

 (e) Costs of Suit.

 (f) Such other relief as is just and equitable.

        BRAY, MILLER & BRAY, L.L.C.
        Attorneys for Plaintiff

        By: _____
          PETER R. BRAY

Dated: April 2, 2009

6

## DESIGNATION OF TRIAL COUNSEL

Peter R. Bray, Esq. is hereby designated as trial counsel for the Plaintiff.

BRAY, MILLER & BRAY, L.L.C.
Attorneys for Plaintiff

By: _____
PETER R. BRAY

Dated: April 2, 2009

## CERTIFICATION

I hereby certify that the within matter is not the subject of any other Court action or arbitration proceeding, pending, or contemplated. Further, all parties, known to Plaintiff at this time, who should be joined in this action have been joined.

BRAY, MILLER & BRAY, L.L.C.
Attorneys for Plaintiff

By: _____
PETER R. BRAY

Dated: April 2, 2009

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

BRAY, MILLER & BRAY, L.L.C.
Attorneys for Plaintiff

By: _____
PETER R. BRAY

Dated: April 2, 2009

7

**BRAY, MILLER & BRAY, L.L.C.**
Attorneys At Law
Ivy Corporate Park
100 Misty Lane
Parsippany, New Jersey 07054-2710
Telephone No.: 973-739-9600
Facsimile No.: 973-739-9696
Attorneys for Plaintiff

RECEIVED AND FILED
SUPERIOR COURT

2009 APR 29 AM 9:24

CIVIL DIVISION

| RICHARD GREENBERG, <br><br>                                            Plaintiff, <br><br> v. <br><br> PRO SHARES TRUST and PRO FUND ADVISORS, LLC, <br><br>                                            Defendant. |
|---|

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MORRIS COUNTY
DOCKET NO. L-1109-09

Civil Action

**AMENDMENT TO COMPLAINT**

Plaintiff, by way of Amendment to Complaint says:

1. The caption of the Complaint is amended to name "ProFund Advisors, LLC" as a Defendant, in the place and stead of Pro Shares Advisors, L.L.C.

2. All references in the Complaint to "Pro Shares Advisors, LLC" shall be deemed to mean "ProFund Advisors, LLC."

BRAY, MILLER & BRAY, L.L.C.
Attorneys for Plaintiff

By: _____
PETER R. BRAY

Dated: April 28, 2009